SLIP OPINION

# ARKANSAS COURT OF APPEALS

DIVISION II
No. CR–14–163

| | |
|---|---|
| ROBERT KENNETH BARBER<br>APPELLANT | Opinion Delivered  NOVEMBER 12, 2014 |
| | APPEAL FROM THE WASHINGTON<br>COUNTY CIRCUIT COURT |
| V. | [NO. CR-2012-1815-1] |
| STATE OF ARKANSAS<br>APPELLEE | HONORABLE WILLIAM A. STOREY,<br>JUDGE |
| | SUPPLEMENTAL ADDENDUM<br>ORDERED |

**BILL H. WALMSLEY, Judge**

Appellant Robert Kenneth Barber appeals his conviction for possession of a controlled substance. He argues that the trial court erred in denying his motion to suppress statements obtained as a result of a custodial interrogation without *Miranda* warnings. We cannot address the merits at this time because appellant failed to comply with the Arkansas Supreme Court rules governing the contents of the addendum.

An appellant must include in the addendum any exhibit that is essential for our court to understand the case and decide the issues on appeal. Ark. Sup. Ct. R. 4-2(a)(8)(A)(i). Here, a DVD of the dashcam video from the patrol unit of the police officer who stopped appellant was admitted into evidence and played at the suppression hearing. In our de novo review of suppression issues, we need to review the entirety of the evidence that was before the trial court, which includes this DVD. Appellant has seven calendar days to supplement

his addendum to provide the video exhibit to our court. Ark. Sup. Ct. R. 4-2(b)(4). We encourage review of our rules to ensure that no other deficiencies are present.

Supplemental addendum ordered.

HARRISON and GRUBER, JJ., agree.

*The Lane Firm*, by: *Jonathan T. Lane*, for appellant.

*Dustin McDaniel*, Att'y Gen., by: *Lauren Elizabeth Heil*, Ass't Att'y Gen., for appellee.